FILED

12/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0402

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALISON BETH CARTER-BRUEGGEMAN,

Defendant and Appellant.

## ORDER

Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 22, 2025, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 12 2024